

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-23-00347-CV

---

In the Interest of A.L.K., Minor Child

---

On Appeal from the 383rd District Court
El Paso County, Texas
Trial Court No. 2020DCM5085

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 29th day of December 2025.


LISA J. SOTO, Justice


Before Salas Mendoza C.J., Palafox and Soto, JJ.
Palafox, J., concurring without opinion